**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-11143**
**Summary Calendar**
_____

**MARYAM KANY,**

**Plaintiff-Appellant,**

**versus**

**ERICSSON, INC.,**

**Defendant-Appellee.**

_____

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(95-CV-2138)**
_____
February 27, 1997
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Maryam Kany, _pro se_, appeals from the summary judgment granted Ericsson, Inc.  Kany, who has been on long-term disability leave since 28 Marc 1994, brought claims against Ericsson, her employer, under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e to e-17, for failure, because of her sex, religion, and national origin, to provide a healthy work environment, to promote, and to increase pay.  Pursuant to our review of the record, we **AFFIRM** for

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

essentially the reasons stated by the district court.  *Kany v. Ericsson, Inc.* (95-CV-2138) (N.D. Tex. Aug. 5, 1996) (unpublished).

Kany's motion to correct the record on appeal is **DENIED** as moot.

*AFFIRMED*